# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 2:08CR00015 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CHRISTOPHER JAMES FAUCETT**, | ) ) | By: James P. Jones<br>United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

                                        ENTER: February 2, 2011

                                        /s/ JAMES P. JONES
                                        United States District Judge